**Order entered October 9, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00649-CV

## IN THE INTEREST OF G.A.W., A CHILD

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-51427-2017**

## ORDER

By letter dated September 17, 2020, appellant was directed to file, within ten days, written verification she had requested the reporter's record. Although appellant was cautioned that failure to comply could result in the appeal being submitted without the reporter's record, she has not responded. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file her brief no later than November 9, 2020.

/s/    ERIN A. NOWELL
         JUSTICE